UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KENNETH LASHAWUN COOK, JR., | Case No. 22-CV-1389 (NEB/DJF) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| STEARNS COUNTY JAIL, SERGEANT LAR, OFFICER CRAWFORD, OFFICER BROWN, and OFFICER JOHNSON, | |
| Defendants. | |

The Court has received the September 22, 2022, Report and Recommendation of United States Magistrate Judge Dulce J. Foster. (ECF No. 15.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 15) is ACCEPTED;

2. The action is DISMISSED WITHOUT PREJUDICE; and

3. The application to proceed *in forma pauperis* (ECF No. 3) is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: November 30, 2022                    BY THE COURT:

                                                                            s/Nancy E. Brasel
                                                                            Nancy E. Brasel
                                                                            United States District Judge